UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

SHANIA L. ENGLAND

No. 1:23-cr- 00085-LEW

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (High Speed Flight From Immigration Checkpoint)

On about May 31, 2023, in the District of Maine, the defendant

**SHANIA L. ENGLAND**

did flee and evade a checkpoint operated by a Federal law enforcement agency, specifically, the U.S. Border Patrol, in a motor vehicle, and did flee federal, state, and local law enforcement agents in excess of the legal speed limit.

All in violation of Title 18, United States Code, Section 758.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

GRAND JURY FOREPERSON

Assistant United States Attorney
Dated: 8/16/23