1:23-cr-00085-LEW

U.S. DISTRICT COURT
DISTRICT OF MAINE
FILED
2023 AUG 15 P 12:08
DEPUTY CLERK

## Synopsis
(Indictment)

| | |
|---|---|
| **Name:** | Shania L. England |
| **Address:** (City & State Only) | Lincoln, Maine |
| **Year of Birth and Age:** | 1999, 24 |
| **Violations:** | Count 1: High Speed Flight from Immigration Checkpoint, in violation of 18 U.S.C. § 758 (Class D felony) |
| **Penalties:** | Count 1: Up to 5 years in prison and $250,000 fine, or both. *See* 18 U.S.C. §§ 758 and 3571(b)(3). |
| **Supervised Release:** | Count 1: Not more than three years. *See* 18 U.S.C. §§ 3559(a)(4), 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than 2 years. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Not more than three years, less any term of imprisonment. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | To be assigned. |
| **Primary Investigative Agency and Case Agent Name:** | U.S. Border Patrol – Agent Andrew McGuire |
| **Detention Status:** | Summons to issue |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Aroostook |
| **AUSA:** | Alisa Ross |

| | |
|---|---|
| **Guidelines apply? Y/N** | Y |
| **Victim Case:** | N |
| **Corporate Victims Owed Restitution? Y/N** | N |
| **Assessments:** | $100 per count |