**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| SHANIA L. ENGLAND |

No. 1:23-cr-00085-LEW

**PROSECUTION VERSION OF THE OFFENSE**

On about May 31, 2023, in the District of Maine, the defendant did flee and evade a checkpoint operated by a Federal law enforcement agency, specifically, the U.S. Border Patrol, in a motor vehicle, and did flee federal, state, and local law enforcement agents in excess of the legal speed limit, in violation of 18 U.S.C. § 758.

On May 31, 2023, agents with the U.S. Border Patrol, a federal law enforcement agency, operated a checkpoint on Interstate 95 (I-95) South in Sherman, Maine. Every operator seeking to travel southbound on I-95 past the checkpoint was required to stop at a primary inspection area (which was the I-95 travel lane) and speak briefly with a Border Patrol agent. If further inspection was warranted, the agent would instruct the driver to pull over to a secondary inspection area where additional agents were stationed. The checkpoint was marked with signs and cones, and both inspection areas were video recorded. The signs warned operators of the upcoming checkpoint and that there would be reduced lanes, slow speeds, and a police canine on duty.

At approximately 12 p.m. on that date, the defendant drove up to the checkpoint in a maroon Mercury Grand Marquis, stopped at the primary inspection area, and spoke briefly with a Border Patrol agent. While she was speaking with the agent, a second agent had his police canine sniff the exterior of the vehicle. The canine is trained and

1

certified in the detection of narcotics and concealed humans. The canine indicated positively on the vehicle for the presence of a trained odor.

The agent then instructed the defendant to pull over to the secondary inspection area. The defendant began slowly driving towards that area, but when the agents began to approach the vehicle, she abruptly steered away from that area and quickly accelerated back onto the I-95 South travel lane, squealing her tires as she sped away. The defendant sped away from the checkpoint at a high rate of speed.

Border Patrol agents pursued the defendant with emergency lights and sirens activated for approximately eight miles, traveling in excess of 100 miles per hour, but they were unable to catch up to her. After pursuing the defendant for about eight miles on I-95 South, agents saw a cloud of dust and observed the vehicle in a ditch on the side of I-95. The defendant was still seated in the driver's seat with no apparent injuries. An officer with the East Millinocket Police Department searched the defendant and her sole passenger and seized about 8.3 grams of methamphetamine from the passenger.

During a subsequent interview with Border Patrol, the defendant admitted that she "just took off" from the checkpoint. The defendant said the vehicle she was driving shuts off at "113 miles per hour," and that she shut it off a couple of times before she crashed. The defendant admitted knowing that the speed limit was 75 miles per hour. The posted legal speed limit on I-95 South in that area is 75 miles per hour.

Had this case proceeded to trial, the Government would have offered the testimony of the Border Patrol agents and the officers involved in the investigation concerning the events described above. Additionally, the Government would have introduced in evidence the video recordings from the checkpoint, photographs of the crash and the seized contraband, the defendant's recorded interview, and radio traffic

from the incident.  The evidence would have been sufficient to prove beyond a reasonable doubt the charge contained in the Indictment.

Date:  January 18, 2024

Respectfully submitted,

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

BY: /s/ Alisa Ross
Alisa Ross
Assistant United States Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, ME  04401
(207) 780-3257
Alisa.Ross@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2024, I electronically filed the Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

    Charles W. Hodsdon, Esq.
    Counsel for Defendant

                                DARCIE N. MCELWEE
                                United States Attorney

                           BY: **/s/ Alisa Ross**
                                Alisa Ross
                                Assistant U.S. Attorney
                                United States Attorney's Office
                                202 Harlow Street, Suite 111
                                Bangor, ME 04401
                                (207) 945-0373
                                Alisa.Ross@usdoj.gov